**DISMISS and Opinion Filed March 14, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00200-CV**

**IN THE INTEREST OF O.O., A CHILD**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-22-0669**

# MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Breedlove

Before the Court is appellant's motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

240200f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF O.O., A CHILD

No. 05-24-00200-CV

On Appeal from the 15th Judicial District Court, Grayson County, Texas
Trial Court Cause No. FA-22-0669.
Opinion delivered by Justice Breedlove. Justices Garcia and Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 14th day of March, 2024.